# EXHIBIT B



**Important:** Billing Name, Address, and Zip Code must be the same as on your billing statement.

By clicking *Place Order* below, you are agreeing that you have read and understand the Beachbody Purchase Terms and Conditions, and Team Beachbody Terms and Conditions.

**PLACE ORDER**

Home | About Us | Press | Newsletters | Message Boards | Customer Service | Live Chat | My Account | Terms of Use | Privacy Policy | Site Map | Contact Us

†Results may vary. Exercise and proper diet are necessary to achieve and maintain weight loss and muscle definition.
Please consult with a physician before beginning any exercise program.
© 2014 Beachbody, LLC. All rights reserved.